IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABDULLAHI DIALLO,

                Petitioner,

    v.

CRAIG LOWE, et al.,

                Respondents.

CIVIL ACTION
NO. 26-283

## **ORDER**

**AND NOW**, this 17th day of February 2026, upon consideration of Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. No. 2), it is **ORDERED** that the Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. No. 2) is **GRANTED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.